IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DURRELL PUCKETT,** | 2:23-cv-00210 JDP |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | Judge: Hon. Jeremy D. Peterson<br>Trial Date: Not set.<br>Action Filed: February 3, 2023 |
| **CATLIN, et al.,** | |
| Defendants. | |

Having reviewed Defendants' motion to opt out of the post-screening ADR project, the Court finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' motion, ECF No. 21, to opt out of the post-screening ADR project is GRANTED;

2. The stay of this action is LIFTED forthwith; and

3. The Court will set a deadline for Defendants to file a responsive pleading by separate order.

1

Def's Mem. P. & A. in Supp. of Mot. to Opt Out of Post-Screening ADR; Decl. Kuchinsky  (2:23-cv-00210 JDP)

IT IS SO ORDERED.


Dated:    September 6, 2023                                                                            
JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE