IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **DURRELL PUCKETT,**<br><br>Plaintiff,<br><br>v.<br><br>**CATLIN, et al.,**<br><br>Defendants. | 2:23-cv-00210 JDP<br><br>**REQUEST FOR EXTENSION OF TIME TO FILE WAIVER OF SERVICE OF PROCESS** |

Having reviewed the Office of the Attorney General's motion by special appearance for an extension of time to file waivers of service of process for Defendants Simmons and Katz, the Court finds that the request is supported by good cause.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion is GRANTED

2. Defendants Simmons and Katz shall file their waivers of service of process on or before May 17, 2024.

1  IT IS SO ORDERED.
2
3
4  Dated: ___April 29, 2024___          _____
                                        JEREMY D. PETERSON
5                                       UNITED STATES MAGISTRATE JUDGE