UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT, | Case No. 2:23-cv-0210-DAD-JDP (P) |
| Plaintiff, | |
| v. | ORDER |
| DAVID CATLIN, *et al.*, | |
| Defendants. | |

Plaintiff has filed a motion requesting that inmate Abad Zabar attend plaintiff's trial as a witness. ECF No. 76. This motion is denied as premature; no trial has been set and the parties have until September 19, 2025 to file dispositive motions. *See* ECF No. 67.

Accordingly, it is hereby ORDERED that plaintiff's for a witness's attendance at trial, ECF No. 76, is denied without prejudice.

IT IS SO ORDERED.

Dated:  May 21, 2025

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE

1