UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DURRELL ANTHONY PUCKETT,<br><br>Plaintiff,<br><br>v.<br><br>DAVID CATLIN, et al.,<br><br>Defendants. | No. 2:23-cv-00210-DAD-JDP (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING PLAINTIFF'S MOTION FOR PERMANENT INJUNCTIVE RELIEF<br><br>(Doc. Nos. 74, 75) |

Plaintiff Durrell Anthony Puckett is a state prisoner proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 29, 2025, plaintiff filed a motion seeking permanent injunctive relief in the form of an order mandating his transfer to another institution. (Doc. No. 74.) On May 1, 2025, the assigned magistrate judge issued findings and recommendations recommending that plaintiff's motion be denied because: (i) a "permanent injunction may be granted only after a final hearing on the merits" and "there has been no such final determination;" and (ii) even if the court were to construe plaintiff's request as one seeking preliminary injunctive relief, "plaintiff has not met his burden of demonstrating that injunctive relief is warranted" and "fails to show that he has a likelihood of success on the merits" of his operative complaint. (Doc. No. 75 at 3.) The pending

1

findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service. (*Id.* at 3–4.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued on May 1, 2025 (Doc. No. 75) are ADOPTED in full;
2. Plaintiff's motion for permanent injunctive relief (Doc. No. 74) is DENIED; and
3. This matter is REFERRED back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:  **October 2, 2025**

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES DISTRICT JUDGE